JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SCOLARO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RIGHTSOURCING, INC.,<br><br>    Defendant, | Case No. 8:16-CV-01083-JVS-KES<br><br>**JUDGMENT DISMISSING CASE**<br><br>Judge:     Hon. James V. Selna |

[PROPOSED] JUDGMENT

OC 287688106v1

# JUDGMENT DISMISSING CASE

On June 26, 2017, the Court granted the Parties' Joint Motion for Final Approval of Class Action Settlement and Plaintiff's Motion for Attorneys' Fees and Costs. The Court thereby enters Judgment in this case as follows:

1. The Court has jurisdiction over the subject matter of this action, the Settlement Class Representative, and the Class Members as defined in the Settlement Agreement, and Defendant.

2. The Court grants final approval, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

3. The Court finds that the Settlement Agreement was the product of protracted, arms-length negotiations between experienced counsel. The Court finds, for settlement purposes only, that the Class satisfied the applicable standards for certification under Federal Rule of Civil Procedures 23.

4. This case is dismissed on the merits with prejudice.

5. The parties are hereby directed to fully implement any remaining obligations under the Settlement Agreement.

6. Lichten & Liss-Riordan, P.C. and Berger & Montague, P.C. are approved as Class Counsel and are hereby awarded $77,500 for attorneys' fees and $12,546.09 for reimbursement of litigation costs and expenses, which the Court finds were reasonably incurred in prosecution of this case.

7. Angela Scolaro is awarded $10,000 for her services in initiating and maintaining this litigation as Class Representative.

8. The Claims Administrator is awarded $5,000 as payment for handling the administration of the Settlement in this case.

9. The Court shall have exclusive and continuing jurisdiction over this matter for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement and

this Judgment.

10. This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

11. Upon entry of this Judgment and the release of the Settlement Proceeds to the claims administrator in this case, the Released Parties, as defined in the Settlement Agreement, shall be released and discharged from any and all liability as set forth in the Settlement Agreement between the Parties.

12. Plaintiff and Class Members shall be precluded from instituting commencing, or continuing to prosecute, directly or indirectly, as an individual or collectively, representatively, derivatively, or on behalf of himself, herself, itself, or in any other capacity of any kind whatsoever, any action in this Court, any other state court, or any arbitration or mediation proceeding or any other similar proceeding, against any Released Party, as defined in the Settlement Agreement, that asserts any claims that are Released Claims or other claims released herein under the terms of the Settlement.

**IT IS SO ORDERED.**

Dated: July 5, 2017   _____
Hon. James V. Selna
United States District Judge